**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LUXOTTICA GROUP S.p.A. and OAKLEY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RBZXR.COM, et al., <br><br> Defendants. | Case No. 20-cv-02297 <br><br> **Judge Marvin E. Aspen** <br><br> **Magistrate Judge Sidney I. Schenkier** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Luxottica Group S.p.A. and Oakley, Inc. ("Plaintiffs") hereby dismiss this action with prejudice as to the following Defendant:

| **Defendant Name** | **Line No.** |
|---|---|
| ablibi2017 | 230 |

Dated this 29th day of May 2020.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Allyson M. Martin
　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　Allyson M. Martin
　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　amartin@gbc.law

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*
　　　　　　　　　　　　　　　　　　*Luxottica Group S.p.A. and Oakley, Inc.*